## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-679-SLR ) |
| ACTAVIS SOUTH ATLANTIC LLC, | ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER

It is hereby stipulated and agreed by and between counsel for plaintiffs Elan Corporation, plc and Elan Pharma International Ltd. and counsel for defendant Actavis South Atlantic LLC, and subject to the approval of the Court, that defendant shall answer or otherwise respond to plaintiffs' complaint on or before December 19, 2007.

{BMF-W0074540.}

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Dominick T. Gattuso |
| Jack B. Blumenfeld (#1014) | Andre G. Bouchard (#2504) |
| Maryellen Noreika (#3208) | Dominick T. Gattuso (#3630) |
| Richard J. Bauer (#4828) | Evan O. Williford (#4162) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| 1201 N. Market Street | 222 Delaware Avenue, Suite 1400 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 573-3500 |
| (302) 658-9200 | abouchard@bmf-law.com |
| jblumenfeld@mnat.com | dgattuso@bmf-law.com |
| mnoreika@mnat.com | ewilliford@bmf-law.com |
| rbauer@mnat.com | *Attorneys for Defendant Actavis South Atlantic LLC* |
| *Attorneys for Plaintiffs Elan Corporation, plc and Elan Pharma International Ltd.* | |

**OF COUNSEL:**

Francis H. Morrison, III, Esq.
Matthew J. Becker, Esq.
Jonathan H. Harris, Esq.
James Mahanna, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

DATED: November 19, 2007

**SO ORDERED** this _____ day of November, 2007

_____
Sue L. Robinson, J.

{BMF-W0074540.}