IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | C.A. No. 07-679-SLR |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF MATTHEW J. BECKER

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Actavis South Atlantic LLC:

Matthew J. Becker, Axinn, Veltrop & Harkrider LLP, 90 State House Square, Hartford, CT, 06103. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

Francis H. Morrison, III
Matthew J. Becker
Jonathan A. Harris
James Mahanna
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Dominick Gattuso
Andre G. Bouchard (No. 2504)
Dominick T. Gattuso (No. 3630)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
dgattuso@bmf-law.com

*Attorneys for Defendant Actavis South Atlantic LLC*

DATED: November 30, 2007

{BMF-W0075116.}

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED this _____ day of _____, 2007, that counsel's motion for admission *pro hac vice* is granted.

                                                      _____
                                                      United States District Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Matthew J. Becker, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Connecticut, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: November 28, 2007

Matthew J. Becker
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

{BMF-W0075138.}