IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-679-SLR |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE
OF JONATHON A. HARRIS**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Actavis South Atlantic LLC:

Jonathon A. Harris, Axinn, Veltrop & Harkrider LLP, 90 State House Square, Hartford, CT, 06103.

OF COUNSEL:

Francis H. Morrison, III
Matthew J. Becker
Jonathan A. Harris
James Mahanna
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Dominick Gattuso
Andre G. Bouchard (No. 2504)
Dominick T. Gattuso (No. 3630)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
dgattuso@bmf-law.com

*Attorneys for Defendant Actavis South Atlantic LLC*

DATED: December 6, 2007

{BMF-W0075120.}

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2007, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Jonathan A. Harris, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Connecticut, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: November 28, 2007

Jonathan A. Harris
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

{BMF-W0075136.}

**CERTIFICATE OF SERVICE**

I, Dominick T. Gattuso, hereby certify that on December 6, 2007, I caused to be electronically filed a true and correct copy of Defendant's Motion and Order for Admission Pro Hac Vice of Jonathon A. Harris with the Clerk of the Court using CM/ECF that will send notification of such filing to the following counsel of record:

>Jack. B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>*jbbefiling@mnat.com*
>*mnoreika@mnat.com*

>/s/ Dominick T. Gattuso
>Andre G. Bouchard (No. 2504)
>Dominick T. Gattuso (No. 3630)
>BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 573-3500
>abouchard@bmf-law.com
>dgattuso@bmf-law.com
>*Attorneys for Defendant*
>*Actavis South Atlantic LLC*

{BMF-W0076196.}