UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC <br><br> Defendant. | Civil Action No. 1:07-cv-00679-SLR |

## ACTAVIS SOUTH ATLANTIC LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7. 1 of the Federal Rules of Civil Procedure, Actavis South Atlantic LLC states:

1. Actavis South Atlantic LLC is a wholly-owned subsidiary of Actavis, Inc., which in turn is a wholly-owned subsidiary of Actavis Group PTC ehf., which in turn is a wholly-owned subsidiary of Actavis SD ehf., which in turn is a wholly-owned subsidiary of Actavis HY ehf., which in turn is a wholly-owned subsidiary of Actavis Equity ehf., which in turn is a wholly-owned subsidiary of Actavis Group hf., which in turn is owned by Novator eignarhaldsfelag ehf., an investment firm established under the laws of Iceland.

2. No publicly held corporation owns 10% or more of Novator eignarhaldsfelag ehf.

{BMF-W0077339.2}

                                        BOUCHARD MARGULES & FRIEDLANDER, P.A.

                                          /s/ David J. Margules
                                        Andre G. Bouchard (I.D. No. 2504)
                                        David J. Margules (I.D. No. 2254)
                                        222 Delaware Avenue, Suite 1400
                                        Wilmington, DE 19801
                                        Telephone: 302.573.3500
                                        abouchard@bmf-law.com
                                        dmargules@bmf-law.com
                                        *Attorneys for Defendant*
                                        *Actavis South Atlantic LLC*

OF COUNSEL:

Francis H. Morrision, III
Jonathan A. Harris
Matthew J. Becker
James Mahanna
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103-3702
Telephone:    860.275.8100

DATED:  December 19, 2007

**CERTIFICATE OF SERVICE**

I, David Margules, hereby certify that on December 19, 2007, I caused to be electronically filed a true and correct copies of defendant Actavis South Atlantic LLC's *Answer and Counterclaims* and its *Rule 7.1 Corporate Disclosure Statement* with the Clerk of the Court using CM/ECF that will send notification of such filing to the following counsel of record:

> Jack. B. Blumenfeld
> Maryellen Noreika
> MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> *jbbefiling@mnat.com*
> *mnoreika@mnat.com*

> /s/ David Margules
> Andre G. Bouchard (No. 2504)
> David J. Margules (I.D. No. 2254)
> BOUCHARD, MARGULES & FRIEDLANDER, P.A.
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> Telephone:  (302) 573-3500
> abouchard@bmf-law.com
> dmargules@bmf-law.com
> *Attorneys for Defendant*
> *Actavis South Atlantic LLC*

{BMF-W0076196.}