UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br>         v. <br><br> ACTAVIS SOUTH ATLANTIC LLC <br><br> Defendant. | Civil Action No. <br> 1:07-cv-00679-SLR |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Andre G. Bouchard, Esquire (Delaware Bar ID No. 2504) on behalf of defendant, Actavis South Atlantic LLC, is hereby withdrawn. The admission *pro hac vice* for the defendant is unchanged.

OF COUNSEL:

Francis H. Morrision, III
Jonathan A. Harris
Matthew J. Becker
James Mahanna
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT  06103-3702
Telephone:  860.275.8100

Dated: January 10, 2008

BOUCHARD MARGULES & FRIEDLANDER, P.A.

 /s/ David J. Margules
David J. Margules (I.D. No. 2254)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
dmargules@bmf-law.com
*Attorney for Defendant*
*Actavis South Atlantic LLC*

{BMF-W0078945.}

**CERTIFICATE OF SERVICE**

I, David Margules, hereby certify that on January 10, 2008, I caused to be electronically filed a true and correct copies of the **Notice of Withdrawal of Counsel** with the Clerk of the Court using CM/ECF that will send notification of such filing to the following counsel of record:

>Jack. B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>*jbbefiling@mnat.com*
>*mnoreika@mnat.com*

>/s/ David Margules
>David J. Margules (I.D. No. 2254)
>BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 573-3500
>dmargules@bmf-law.com
>*Attorney for Defendant*
>*Actavis South Atlantic LLC*

{BMF-W0078945.}