UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and<br>ELAN PHARMA INTERNATIONAL LTD.,<br><br>Plaintiffs,<br>v.<br><br>ACTAVIS SOUTH ATLANTIC LLC<br><br>Defendant. | Civil Action No.<br>1:07-cv-00679-SLR |

## ACTAVIS SOUTH ATLANTIC LLC'S
### RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE

As to Plaintiffs' Motion to Consolidate (D.I. 14) filed on January 2, 2008, Defendant Actavis South Atlantic LLC takes no position.

BOUCHARD MARGULES &
FRIEDLANDER, P.A.

*/s/*

David J. Margules (#2254)
Sean M. Brennecke (#4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com
*Attorneys for Defendant Actavis*
 *South Atlantic LLC*

**OF COUNSEL:**

Francis H. Morrison, III, Esq.
Matthew J. Becker, Esq.
Jonathan H. Harris, Esq.
James Mahanna, Esq.
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

Dated: January 16, 2008

## CERTIFICATE OF SERVICE

I, Sean M. Brennecke hereby certify that on January 16, 2008, I caused to be electronically filed a true and correct copies of defendant Actavis South Atlantic LLC's *Response to Plaintiffs' Motion to Consolidate* with the Clerk of the Court using CM/ECF that will send notification of such filing to the following counsel of record:

>Jack. B. Blumenfeld
>Maryellen Noreika
>MORRIS, NICHOLS, ARSHT AND TUNNELL LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>*jbbefiling@mnat.com*
>*mnoreika@mnat.com*

>/s/ Sean M. Brennecke
>David J. Margules (I.D. No. 2254)
>Sean M. Brennecke (I.D. No. 4686)
>BOUCHARD, MARGULES & FRIEDLANDER, P.A.
>222 Delaware Avenue, Suite 1400
>Wilmington, DE 19801
>Telephone: (302) 573-3500
>dmargules@bmf-law.com
>sbrennecke@bmf-law.com
>*Attorneys for Defendant*
>*Actavis South Atlantic LLC*

{BMF-W0080005.}