IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and <br> ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | Civil Action No. 1:07-cv-00679-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 14, 2008, copies of **Defendant Actavis South Atlantic LLC's Initial Disclosures** were served on the following counsel of record via electronic mail and First Class Mail upon the following:

>Jack B. Blumenfeld
>Maryellen Noreika
>Morris, Nichols, Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>jblumenfeld@mnat.com
>mnoreika@mnat.com

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/*

David J. Margules (#2254)
Sean M. Brennecke (#4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com

*Attorneys for Defendant Actavis South Atlantic LLC*

OF COUNSEL:

Francis H. Morrison, III
Jeremy Lowe
James Mahanna
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100