# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELAN CORPORATION, PLC and ELAN PHARMA INTERNATIONAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS SOUTH ATLANTIC LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-679-SLR |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF ANDREA L. JOHNSON

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrea L. Johnson, of Axinn, Veltrop & Harkrider LLP, 90 State House Square, Hartford, CT, 06103, to represent defendant Actavis South Atlantic LLC in this matter. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ Sean M. Brennecke
David J. Margules (2254)
Sean M. Brennecke (4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
dmargules@bmf-law.com
sbrennecke@bmf-law.com

*Attorneys for Defendant Actavis South Atlantic LLC*

OF COUNSEL:

Francis H. Morrison, III
Matthew J. Becker
Jonathan A. Harris
James Mahanna
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

DATED: May __, 2008

{BMF-W0093156.}

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to local rule 83.5, I, Andrea L. Johnson, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bars of Connecticut and New York, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 1, 2008

Andrea L. Johnson
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

2

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2008, that counsel's motion for admission *pro hac vice* of Andrea L. Johnson is granted.

_____
United States District Judge